May Term,
1845.

HAWORTH *v.* MAXWELL.—In error.

A *SCIRE FACIAS* on the transcript of a justice's judgment for execution against real estate, must show that the transcript of the judgment and proceedings was *certified* by the justice, as well as filed in the clerk's office. R. S. 1838, p. 375.